# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Mickey Strickland     Docket No. 7:98-CR-82-8BO

### Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mickey Strickland, who, upon upon a finding of guilt by jury to Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Cocaine Base (Crack) in violation of 21 U.S.C. §846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 1, 1999, to the custody of the Bureau of Prisons for a term of 235 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

On July 16, 2008, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the term of imprisonment was reduced to time served and the fine was vacated by the Honorable Terrence W. Boyle, U.S. District Judge. Mickey Strickland was released from custody on July 17, 2008, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 27, 2012, the defendant was found guilty of misdemeanor Assault on a Female in a bench trial in Robeson County District Court. He was given a 75-day suspended sentence, placed on unsupervised probation for 12 months, and ordered to pay a $50.00 fine and $200.00 costs. We interviewed the victim of the assault, Sandra Clarke, who is the defendant's girlfriend, on July 19. At that time, she denied the assault took place. It appears now that her story has changed, given that she testified at the bench trial and Strickland was convicted. We recommend modifying the conditions of supervised release to require the defendant to perform 24 hours of community service for this violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Mickey Strickland
Docket No. 7:98-CR-82-8BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Thomas E. Sheppard<br>Thomas E. Sheppard<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: August 15, 2012 |

## ORDER OF COURT

Considered and ordered this _15_ day of _August_, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge