# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Mickey Strickland                                        Docket No. 7:98-CR-82-8BO

### Petition for Action on Supervised Release

      COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mickey Strickland, who, upon upon a finding of guilt by jury to Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Cocaine Base (Crack) in violation of 21 U.S.C. §846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 1, 1999, to the custody of the Bureau of Prisons for a term of 235 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

      On July 16, 2008, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the term of imprisonment was reduced to time served and the fine was vacated by the Honorable Terrence W. Boyle, U.S. District Judge. Mickey Strickland was released from custody on July 17, 2008, at which time the term of supervised release commenced. On August 15, 2012, as a sanction for committing the offense of Assault on a Female, the term of supervised release was modified to require the defendant to perform 24 hours of community service.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On September 4, 2012, the defendant was charged with Driving While Impaired in Robeson County, North Carolina. The defendant admitted that he operated a motor vehicle after consuming alcohol, and records show he had a blood alcohol content of greater than .08 at the time. A sanction consisting of 6 days in the custody of the Bureau of Prisons will emphasize to the defendant he is not to drive after consuming alcohol. The defendant signed

Mickey Strickland
Docket No. 7:98-CR-82-8
Petition For Action
Page 2

a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Thomas E. Sheppard<br>Thomas E. Sheppard<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: September 26, 2012 |

### ORDER OF COURT

Considered and ordered this __27__ day of __September__, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge